1  NICOLAS ORIHUELA, Bar No. 221898
   no@hohlawyers.com
2  CORY H. HURWITZ, Bar No. 222026
   chh@hohlawyers.com
3  HURWITZ, ORIHUELA & HAYES, LLP
   2600 W. Olive Ave, 5th Floor
4  Burbank, California 91505
   Telephone: 818.753.2381
5  Fax No.:    818.753.2382

6  Attorneys for Plaintiff
   FRANCISCO VALENCIA
7

8  RYAN P. ESKIN, Bar No. 205413
   reskin@littler.com
9  K. KAYVAN IRADJPANAH, Bar No. 267548
   kiradjpanah@littler.com
10 LITTLER MENDELSON
   A Professional Corporation
11 2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
12 Telephone: 310.553.0308
   Fax No.:    310.553.5583
13
   NANCY E. PRITIKIN, Bar No. 102392
14 nepritikin@littler.com
   LITTLER MENDELSON, P.C.
15 650 California Street
   20th Floor
16 San Francisco, CA  94108.2693
   Telephone: 415.433.1940
17 Fax No.:    415.399.8490

18 Attorneys for Defendant
   EQUITY RESIDENTIAL SERVICES, LLC
19

20              UNITED STATES DISTRICT COURT

21              CENTRAL DISTRICT OF CALIFORNIA

22 | FRANCISCO VALENCIA, | CASE NO. CV-12-5026-MWF-CW |
   |---|---|
23 |             Plaintiff, | **ORDER RE JOINT STIPULATION RE PROTECTIVE ORDER** |
24 |       v. | |
25 | EQUITY RESIDENTIAL SERVICES, LLC; and DOES 1 through 20, | Trial Date: July 16, 2013 |
26 | | |
27 |             Defendants. | |

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

## ORDER

GOOD CAUSE appearing, based upon the stipulation of the parties, it is hereby ordered that the terms of the parties' Joint Stipulation re Protective Order are adopted by this Court. The Parties shall adhere to the terms of the Joint Stipulation re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED: May 2, 2013

*Carla M. Woehrle*
HON. CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.