closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALENCIA, an individual, | Case No. **CV12-5026-MWF (CWx)** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| EQUITY RESIDENTIAL SERVICES, LLC., a limited liability company, | |
| Defendant. | |

1

The Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment of Defendant Equity Residential Services, LLC came on for hearing on June 10, 2013. The Court, having read and considered the supporting points and authorities and evidence, having heard the arguments of counsel, and good cause appearing therefore, ordered that Defendant's Motion for Summary Judgment be GRANTED. (Order Granting Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (Docket No. 55)).

In light of the foregoing, in accordance with the Order, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered against Plaintiff Francisco Valencia and in favor of Defendant Equity Residential Services, LLC;
2. Valencia will take nothing by way of the Complaint and this action is dismissed with prejudice on its merits and in its entirety; and
3. Equity Residential Services, LLC may submit an application to tax costs according to proof.

DATED: June 18, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge